IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| KEVIN RICHARD WATSON, | § | |
| *Plaintiff,* | § | SA-26-CV-04175-OLG-KGS |
| vs. | § | |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, | § | |
| *Defendant.* | § | |

**ORDER**

Before the Court is the status of the above-styled cause of action. The District Court referred the case to the undersigned for disposition of all pretrial matters. ECF No. 6. Plaintiff, who appears *pro se*, filed a motion seeking dismissal of this own action pursuant to Fed. R. Civ. P. 12(b)(1). However, in his motion styled as a "Motion for Dismissal," Plaintiff suggested that Defendants have advanced the immigration case which forms the basis of this action, rendering the case moot. ECF No. 5.

The undersigned entered an order on September 22, 2026, directing Plaintiff to file a More Definite Statement on or before October 6, 2026, clarifying whether Plaintiff seeks voluntary dismissal without prejudice pursuant to Rule 41(a). ECF No. 7. The undersigned's order warned Plaintiff

that failure to comply with its order could result in the District Court dismissing the case pursuant to Rule 41(b). *Id*.

Plaintiff has not filed a More Definite Statement and the deadline to do so has passed. The undersigned recommends that the District Judge construe *pro se* Plaintiff's Motion to Dismiss as a voluntary dismissal and dismiss the case pursuant to Rule 41(a). Alternatively, the District Court may dismiss the case pursuant to Rule 41(b) for failure to comply with a court order. With this order, the undersigned has considered and acted upon all matters referred by the District Court.

The Court therefore **ORDERS** that the above-styled case is returned to the District Court for all purposes.

**It is so ORDERED.**

SIGNED this 14th day of October, 2026.

**KELLY G. STEPHENSON**
**UNITED STATES MAGISTRATE JUDGE**